# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-cr-90 |
| | ) | (Phillips) |
| ANTONIO PEREZ EDWARDS | ) | |

## MEMORANDUM AND ORDER

Defendant, Antonio Perez Edwards has filed a *pro se* motion to receive credit for jail time served. [Doc. 30]. Specifically, defendant requests the court to credit the time served in federal custody prior to sentencing.

Credit for time served is governed by 18 U.S.C. § 3585(b). Credit is given for any time spent in official detention when an inmate is detained pursuant to a detention order which conforms to 18 U.S.C. § 3142(i)(2); however, the power to grant credit for time served lies solely with the Attorney General of the United States and the Bureau of Prisons. 18 U.S.C. § 3585(b). *See also, United States v. Brown,* 417 Fed. Appx. 488, 493 (6th Cir. Mich. 2011) ("[A]warding credit for time served is the exclusive responsibility of the Bureau of Prisons..."); *United States v. Wilson,* 503 U.S. 329, (6th Cir. 1992) *at* 333-34.

Since the Attorney General of the United States and the Bureau of Prisons have the sole authority to award credit for time served, the defendant's motion [Doc. 30] is **DISMISSED.**

**IT IS SO ORDERED**.

**ENTER:**

                    <u>    s/ Thomas W. Phillips    </u>
                        United States District Judge